ZALE CORPORATION/
GALLAGHER BASSETT
SERVICES, INC.,

 Appellants/Cross-Appellees,

v.

SNEZANA GOLIJAN,

 Appellee/Cross-Appellant.

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1075

_____/

Opinion filed December 5, 2017.

An appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Date of Accident:  March 20, 2015.

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, for
Appellants/Cross-Appellees.

Richard A. Sicking of Touby, Chait & Sicking, P.L., Coral Gables, for
Appellee/Cross-Appellant.

PER CURIAM.

 AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ. CONCUR.